# UNITED STATES DISTRICT COURT

**Eastern** District of **California**

CODY HERNANDEZ, M.R., D.H. and B.C. individually and on behalf of all others similarly situated,

                        Plaintiff (s),

V.

BALLAJ (d/b/a KLARITY KRATOM)

                        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:23-cv-02965-DAD-SCR

Notice is hereby given that, subject to approval by the court, **Defendant Ballaj d/b/a Klarity Kratom** substitutes
(Party (s) Name)

**Samuel C. Sneed**, State Bar No. **289205** as counsel of record in
(Name of New Attorney)

place of **Thomas D. Sands, Esq., The Sands Law Group, APLC.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    HAHN LOESER & PARKS, LLP

    Address:    600 West Broadway, Suite 1500 San Diego, CA 92101

    Telephone:    619.810.4300    Facsimile  619.810.4301

    E-Mail (Optional):    SSneed@hahnlaw.com

I consent to the above substitution.

Date:    4/21/25

Nadeem Ballaj, CEO of Ballaj d/b/a Klarity Kratom

/s/ Nadeem Ballaj
(Signature of Party (s))

I consent to being substituted.

Date:    04/23/25

/s/ Thomas D. Sands
(Signature of Former Attorney (s))
Thomas D. Sands, Esq.

I consent to the above substitution.
Date:    4/29/25

/s/ Samuel C. Sneed
(Signature of New Attorney)
Samuel C. Sneed, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date:    April 29, 2025

*Dale A. Droyd*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]